**Brian J. McDEVITT,
Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.**

No. 67462.

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 1996.

Lester W. Duggan, Jr., St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, James A. Chenault, III, Special Assistant Attorney General, Missouri Department of Revenue, Jefferson City, for respondent.

1. All statutory citations are RSMo 1994.

Before: REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Petitioner appeals from the circuit court's judgment sustaining the Director of Revenue's (Director) suspension of petitioner's driving privileges. We remand.

Petitioner's driving privileges were suspended as a result of allegedly driving with a blood-alcohol content by weight of .10% or more, § 302.505.1, RSMo 1994.[1] The suspension was sustained after an administrative hearing, § 302.505.2, 302.530, and he petitioned for a trial *de novo*, § 302.535. The case was assigned to a traffic court commissioner. The commissioner heard the case and found that the suspension should be affirmed. The findings and recommendations of the commissioner were adopted and confirmed by an Associate Circuit Judge.

This case is controlled by our recent decision in *Chamberlain v. Director of Revenue,* 921 S.W.2d 138 (Mo.App.E.D.1996). *See also State ex rel. Coyle v. O'Toole,* 914 S.W.2d 871 (Mo.App.E.D.1996). In *Chamberlain,* we found that an order entered after a trial *de novo* heard by a traffic commissioner was without legal effect and that the petition remained in the circuit court. *Chamberlain,* 921 S.W.2d at 139.

We remand.